■ The People of the State of New York ex rel. Andrew Wynder, Petitioner, v Robert M. Maciol, Sheriff of Oneida County Jail, or Any Other Person Having Custody of Andrew Wynder, Respondent. [53 NYS3d 842]—Proceeding pursuant to CPLR article 70 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 7002 [b] [2]). Petitioner seeks his release from custody on recognizance or bail.

It is hereby ordered that said petition is unanimously dismissed without costs.

Memorandum: Petitioner commenced this habeas corpus proceeding in this Court pursuant to CPLR 7002 (b) (2), contending that County Court abused its discretion in declining to set bail on two pending indictments. We note, however, that petitioner has pleaded guilty to and been sentenced on those indictments. Thus, the instant petition "challenging the legality of petitioner's preconviction detention is moot [inasmuch as] petitioner is currently incarcerated pursuant to . . . judgment[s] of conviction and sentence[s] rendered upon his plea[s] of guilty" (*People ex rel. Macgiollabhui v Schriro*, 123 AD3d 633, 634 [2014]; *see Matter of People ex rel. Green v Saunders*, 145 AD3d 642, 642-643 [2016]; *see also People ex rel. Wilson v Walsh*, 270 AD2d 885, 885 [2000], *lv denied* 95 NY2d 758 [2000]). Furthermore, petitioner has failed to establish "the applicability of an exception to the mootness doctrine" (*Macgiollabhui*, 123 AD3d at 634; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.

■ City of Syracuse Industrial Development Agency, Appellant, v Cor Development Company, LLC, et al., Respondents. [53 NYS3d 587]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (James P. Murphy, J.), entered March 31, 2016. The order and judgment granted the motion of defendants to dismiss the amended complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court (2016 NY Slip Op 32738[U]). Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.